No. 03–1654. WHITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–1656. DRELLES ET AL. v. METROPOLITAN LIFE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1657. BESTOR v. LIEBERMAN, UNITED STATES SENATOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1658. CUNNINGHAM v. HAMILTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1659. BERRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–1660. SCHMIER v. SUPREME COURT OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–1662. BECKWITH PLACE L. P. ET AL. v. GENERAL ELECTRIC CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1663. GUAJARDO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 03–1664. STERN v. ORLICK. Sup. Ct. Fla. Certiorari denied.

No. 03–1665. BANKHEAD ET AL. v. KNICKREHM, DIRECTOR, ARKANSAS DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–1666. SLAVIN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 03–1667. BONAVITACOLA ELECTRIC CONTRACTOR, INC., ET AL. v. BORO DEVELOPERS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1671. McFALL v. WARD. Sup. Ct. Ga. Certiorari denied.